UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 14-80060-CR-ZLOCH

UNITED STATE OF AMERICA
                    Plaintiff

VS.

TIMOTHY HALL
           Defendant

FILED BY ___ D.C.
SEP 23 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## MOTION TO DISMISS

THIS MATTER come before the court the defendant files this sworn motion to DISMISS AND STATES:

On June 24, 2014 your court ordered AND ADJUDGED that the Goverment's motion to continue TRAIL (DE 41) was DENIED. On July 7, 2014 trial did't start as you ordered said Assistant United STATE Attorney WIFREDO A FERRER still left the STATE FLORIDA and went to a sentencing hearing in Tacoma Washington and to have his wedding anniversary with his wife, with out their children. This denied me acceess to the start of my trial July 7, 2014. This case should be DISMISS because of this.

*ADD: D.N.A is NEGTIVE

## CERTIFICATE OF SERVICE

I, TIMOTHY HALL THE defendant do hereby certify that the information prescribed to here in the foregoing Court is true and correct to the best of my knowledge, understanding and Belief and that a true copy is being forward to the Federal Clerk of the Court United State District Court Southern District of Florida, 299 East Broward Boulevard Room 108 Ft. Lauderdale, Fl. 33301 and to the Honorable Judge ZLOCH Presiding on this July 11, 2014.

BY TIMOTHY HALL
ARREST # 901400355
P.O. BOX 9356 FT. Lauderdale,
FL 33310-9356

7-1 LIMS (Rev. 1-7-14)

UNCLASSIFIED



**FBI Laboratory**

2501 Investigation Parkway
Quantico, Virginia 22135

## REPORT OF EXAMINATION

To: Jason R. Richards
Special Agent
Miami

Date: June 20, 2014

Case ID No.: 245D-MM-110766

Lab No.: 2014-01018-3

Communication(s): May 14, 2014; May 23, 2014

Agency Reference(s):

Subject(s): Operation Aces Wild; Timothy Bonner

Victim(s):

Discipline(s): DNA

Item(s):

| | |
|---|---|
| Item 1 | Two swabs from grip of pistol (WPBPD Item 1) (1B12, E5555305) |
| Item 3 | Two swabs from top of magazine (WPBPD Item 3) (1B14, E5555303) |
| Item 4 | Two swabs from trigger and slide of pistol (WPBPD Item 2) (1B13, E5555304) |
| Item 5 | Buccal sample from Timothy Wesley Hall (1B16, E5555286) |

The items listed above were subjected to nuclear deoxyribonucleic acid (DNA) typing[1].

## RESULTS OF NUCLEAR DNA EXAMINATIONS:

### Item 1 (Swabs from grip of pistol) and Item 4 (Swabs from trigger and slide of pistol)

Items 1 and 4 were combined for analysis and will be further referred to as item 1. Male DNA[2] is present in item 1. The DNA obtained from item 1 indicates the presence of four or more individuals. These results are not suitable for matching purposes; however, they may be utilized for exclusionary purposes.[3] No comparison information for item 1 can be provided for item 5 (HALL).

### Item 3 (Swabs from top of magazine)

No STR or sex typing results[4] were obtained from item 3. Since no STR typing results were obtained, no comparisons could be made to item 5 (HALL).

Page 1 of 3

UNCLASSIFIED

**Database Entry Information:**

The DNA typing results obtained from the tested specimens are not eligible for entry into the Combined DNA Index System (CODIS). These results will be maintained by the FBI Laboratory for possible future comparisons.

No other nuclear DNA examinations were conducted.

**Methods/Limitations:**

The following methods and limitations apply to the results/conclusions provided in the results section(s) of this report and are referenced by number in the body of the text for clarity.

[1] The AmpFℓSTR® Identifiler® Plus PCR Amplification Kit includes the amelogenin locus and the autosomal STR loci (from non-sex chromosomes) D8S1179, D21S11, D7S820, CSF1PO, D3S1358, TH01, D13S317, D16S539, D2S1338, D19S433, vWA, TPOX, D18S51, D5S818, and FGA. The amelogenin locus is used for sex determination. Insufficient DNA quality and/or quantity can affect the ability to generate a DNA typing result and is not an absolute determination that an individual did not come into contact with an item of evidence.

[2] The presence of male DNA in a mixture may limit the ability to determine if female DNA is also present in that mixture.

[3] As used here, STR typing results are deemed not suitable for matching purposes (i.e., inconclusive) when the potential exists that not all of the genetic information in a biological sample has been detected. For STR typing results to be used for matching purposes, sufficient DNA quality and/or quantity is necessary.

[4] Insufficient DNA quality and/or quantity can affect the ability to generate DNA typing results.

UNCLASSIFIED

**REMARKS:**

It is noted that items 1, 3 and 4 were consumed during the DNA Casework Unit examinations.

The supporting records for the opinions and interpretations expressed in this report are retained in the FBI files. The submitted items will be returned to you under separate cover. For questions about the content of this report, please contact Forensic Examiner Tarah R. Brown at (703) 632-7469. For questions about the status of your submission, including any remaining forensic examinations, please contact Request Coordinator Rebecca Reynolds at (703) 632-7600.

In addition to the evidence in the case, the DNA Casework Unit has generated secondary evidence that will also be returned to you. The secondary evidence can be found in a package marked DNA Casework Unit Secondary Evidence. It is recommended that this evidence be stored in a refrigerator or freezer and isolated from evidence that has not been examined.

Tarah R. Brown
DNA Casework Unit

This report contains the opinions/interpretations of the examiner(s) who issued the report.

Page 3 of 3

2014-01018-3

UNCLASSIFIED