UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-80060-CR-GAYLES

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

TIMOTHY WESLEY HALL,

        Defendant.
_____/

## RELEASE OF EXHIBITS

The undersigned hereby acknowledges that exhibits admitted into evidence during this trial and submitted to the jury during deliberations are hereby released back to counsel of record for the respective parties.

_____
Government/Plaintiff
Adam Mcmichael, AUSA

_____
Defendant
Allen Kaufman

_____
COURTROOM DEPUTY

Date:

cc: Counsel of Record