UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-80060-CR-DPG

UNITED STATES OF AMERICA

v.

TIMOTHY WESLEY HALL,

        Defendant.
_____/

## Verdict

WE, THE JURY, unanimously find the defendant, TIMOTHY WESLEY HALL, as to the sole Count of the Indictment:

    __✓__ Guilty              _____ Not Guilty

SO SAY WE ALL.

                                                 _____
                                                 Foreperson

Date: 9/24/14